**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ristal, Inc., d/b/a SelectBlinds.com, f/k/a) LowestMortgage.com, an Arizona) corporation, ) ) Plaintiff, ) ) vs. ) ) MEI Ventures, Inc., a California) Corporation, and James M. Ellis,) individually, ) ) Defendants. ) ) | No. 05-2491-PHX-ROS  **OPINION AND ORDER** |

Pending before the Court is Plaintiff's Motion for Award of Attorneys' Fees and Related Non-Taxable Expenses. (Doc. 72) Plaintiff requests an award of $50,411.20 for attorneys' fees and costs incurred in this matter. Defendants did not file a response. Plaintiff is entitled to an award of its attorneys' fees and costs pursuant to the parties' agreement. See Bennett v. Appaloosa Horse Club, 35 P.3d 426, 432 (Ariz. Ct. App. 2001) ("The awarding of attorneys' fees to a prevailing party pursuant to a contract between the parties is mandatory."). Having reviewed the documentation submitted in support of Plaintiff's motion, the Court will grant Plaintiff's request.

Accordingly,

**IT IS ORDERED** Plaintiff's Motion for Award of Attorneys' Fees is **GRANTED**. (Doc. 72)   Plaintiff is awarded $50,411.20 for attorneys' fees and related non-taxable expenses incurred in this matter.

DATED this July 19, 2006.

Roslyn O. Silver
United States District Judge